NUMBER
13-02-035-CR

 

                             COURT
OF APPEALS

 

                   THIRTEENTH
DISTRICT OF TEXAS

 

                                CORPUS
CHRISTI

___________________________________________________________________

 

JERRY LASALLE,                                                                  Appellant,

 

v.

 

THE STATE OF TEXAS,                                                          Appellee.

___________________________________________________________________

 

                    On appeal
from County Court at Law No. One 

                                   of Fort Bend County, Texas

___________________________________________________________________

 

                                   O P I N I O N


 

         Before Chief Justice Valdez
and Justices Hinojosa and Yañez 

                                       Opinion Per Curiam

 

Appellant, JERRY LASALLE, attempted to perfect an
appeal from a judgment entered by County Court at Law No. One of Fort Bend
County, Texas.   On December
3, 2001, the trial court granted appellant=s motion for new trial.








The Court, having examined and fully considered the documents on file
and the trial court=s order granting a new
trial, is of the opinion that the appeal should be dismissed for want of jurisdiction.  The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and
filed this

the 18th
day of April, 2002.